UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT EMORY BLAND,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>SPOKANE COUNTY JAIL,<br><br>　　　　　　　　Respondent. | NO: 4:20-CV-0214-TOR<br><br>ORDER OF DISMISSAL |

By Order filed July 9, 2020, the Court granted Petitioner leave to proceed *in forma pauperis* and directed him to show cause why his *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 should not be dismissed due to Petitioner's failure to exhaust state court remedies and as a proper exercise of abstention under *Younger v. Harris*, 401 U.S. 37 (1971). ECF No. 8. Petitioner filed this action while a pretrial detainee at Spokane County Detention Services. He subsequently advised the Court of his release to American Behavioral Health Systems in Chehalis, Washington. ECF No. 7. A copy of this Order was mailed to Petitioner at the

ORDER OF DISMISSAL -- 1

1  address he provided but was returned as undeliverable on July 20, 2020.  Petitioner

2  has not kept the Court apprised of his current address and has filed nothing further

3  in this action.

4      For the reasons set forth above and in the Order to Show Cause, ECF No. 8,

5  the Court finds it appropriate to dismiss this action without prejudice for failure to

6  exhaust state court remedies.  Because it plainly appears that Petitioner is not entitled

7  to relief in this Court, **IT IS ORDERED** the petition, ECF No. 1, is **DISMISSED**

8  pursuant to Rule 4, Rules Governing Section 2254 Cases in the United States District

9  Courts.

10      **IT IS SO ORDERED.**  The Clerk of Court is directed to enter this Order,

11  enter judgment, provide copies to Petitioner at his last known address, and close the

12  file.  The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this

13  decision could not be taken in good faith, and there is no basis upon which to issue

14  a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A

15  certificate of appealability is therefore **DENIED.**

16      **DATED** August 13, 2020.



          THOMAS O. RICE
          United States District Judge

ORDER OF DISMISSAL -- 2